UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Stephanie Roudaut,<br><br>    Plaintiff,<br><br>vs.<br><br>Detroit Trading Services, LLC,<br><br>    Defendant. | Civil Action No.<br>1:18-CV-02315-LMM |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Stephanie Roudaut, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, voluntarily dismisses this action without prejudice.

Date: May 31, 2018

/s/ Shireen Hormozdi
Shireen Hormozdi
1770 Indian Trail Lilburn Road, Ste. 175
Norcross, GA 30093
Tel: 678-395-7795
Fax: 866-929-2434
shireen@norcrosslawfirm.com

Michael L. Greenwald (PHV pending)
Greenwald Davidson Radbil PLLC
5550 Glades Road, Suite 500
Boca Raton, FL 33431
Telephone: 561.826.5477
Fax: 561.961.5684
mgreenwald@gdrlawfirm.com

Counsel for Plaintiff

1

## Local Rule 7.1D Certification

The undersigned counsel certifies that the foregoing was prepared using Times New Roman 14 point, a font and point selection approved by LR 5.1B.

/s/ Shireen Hormozdi  
Shireen Hormozdi

## Certificate of Service

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on May 31, 2018, via the Court Clerk's CM/ECF system, which will provide notice to all counsel of record.

/s/ Shireen Hormozdi  
Shireen Hormozdi